## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**LONNIE LEE SMALL, JR.,**

    **Plaintiff,**

**v.**                                    **Case No. 4:21-cv-211-AW-MAF**

**MARK S. INCH,**

    **Defendant.**

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

Having considered the magistrate judge's June 25, 2021 Report and Recommendation, ECF No. 7, and having considered de novo the issues in Small's objections, ECF No. 8, I now order that the case be dismissed. The Report and Recommendation is adopted and incorporated into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g)." The clerk will close the file. All pending motions are denied.

SO ORDERED on July 23, 2021.

s/ *Allen Winsor*_____
United States District Judge